**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 99-7288**

―――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WADEROY C.M. SENIOR,

Defendant - Appellant.

―――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-95-74, CA-98-731-3)

―――――――

Submitted:  November 18, 1999      Decided:  November 24, 1999

―――――――

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Waderoy C.M. Senior, Appellant Pro Se. Stephen Wiley Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Waderoy C.M. Senior seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Senior, Nos. CR-95-74; CA-98-731-3 (E.D. Va. July 27, 1999). We also note that Senior's § 2255 motion was untimely. See Brown v. Angelone, 150 F.3d 370, 375-76 (4th Cir. 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED